IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SUNRISE TELECOM INCORPORATED, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ACTERNA, LLC, a Delaware Company, <br><br> Defendant. | § § § § § § § § § § § § § | Case No. 02-05-CV-343 |

**STIPULATED DISMISSAL**

It is hereby stipulated and agreed by and between Sunrise Telecom Incorporated and Acterna, LLC that the parties hereby voluntarily dismiss, pursuant to Federal Rule of Civil Procedure 41(a), without prejudice all causes of action brought against each other. Each party is to bear their own costs and attorneys' fees. The Court will keep jurisdiction to enforce any protective order entered in this case.

Dated: September 14, 2005

Respectfully Submitted,

By: /s/ I. Neel Chatterjee
I. Neel Chatterjee (*pro hac vice*)
Michael F. Heafey (*pro hac vice*)
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

        Robert D. Nagel (*pro hac vice*)
        Orrick, Herrington & Sutcliffe, LLP
        4 Park Plaza, Suite 1600
        Irvine, California 92614
        Telephone:949-567-6700
        Facsimile: 949-567-6710

        S. Calvin Capshaw (SB 03783900)
        Brown McCarroll, LLP
        1127 Judson Road, Suite 220
        Longview, TX 75601-5157
        Telephone: 903-236-9800
        Facsimile: 903-236-8787
        Email: ccapshaw@mailbmc.com

        Attorneys for Plaintiff
        SUNRISE TELECOM INCORPORATED


Dated: September 14, 2005        By:      /s/Michael C. Smith
        Michael C. Smith
        The Roth Firm
        115 N. Wellington, Suite 200
        Marshall, TX 75670

        Eugene LeDonne (*pro hac vice*)
        Reed Smith LLP
        599 Lexington Avenue, 19th Floor
        New York, NY 10022

        Tracy Zurzolo Frisch (*pro hac vice*)
        Jeanine A. Graham
        Reed Smith LLP
        2500 One Liberty Place
        1650 Market Street
        Philadelphia, PA 19103

        William R. Overend
        Reed Smith LLP
        Two Embarcadero Center, Suite 2000
        San Francisco, CA 94111

        Attorneys for Defendant
        ACTERNA, LLC

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 14th day of September, 2005.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/          Abby Ako-Nai          /s/

DOCSSV1:422970.2